IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:06mc428-W

FILED
CHARLOTTE, N. C.

DEC 4 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| FOR THE MATTER OF THE STATE OF ) | |
| NORTH CAROLINA SUBPOENA FOR U.S. ) | |
| PROBATION OFFICER DAVID WADDELL ) | |

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer David Waddell and the production of government records relating to probationer Jarvis Harris. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officer David Waddell decline to give any pretrial, presentence or supervision information or produce any probation record relating to Jarvis Harris unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

**IT IS SO ORDERED** this __1__ day of December, 2006.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge